UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-60818-CIV-WILLIAMS

HOWARD COHAN,

    Plaintiff,

vs.

CT CANTINA AND TAQUERIA INC.,
d/b/a CT CANTINA AND TAQUERIA,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, CT CANTINA AND TAQUERIA INC., d/b/a CT CANTINA AND TAQUERIA ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 6th day of July, 2022.

| BY: /s/ Jason S. Weiss | BY: /s/ Todd W. Shulby |
|---|---|
| Jason S. Weiss | **TODD W. SHULBY, P.A.** |
| Jason@jswlawyer.com | Todd W. Shulby, Esq. |
| Florida Bar No. 356890 | 1792 Bell Tower Lane |
| **WEISS LAW GROUP, P.A.** | Weston, Florida 33326 |
| 5531 N. University Drive, Suite 103 | Telephone: (954) 530-2236 |
| Coral Springs, FL 33067 | Facsimile: (954) 530-6628 |
| Tel: (954) 573-2800 | E-mail: tshulby@shulbylaw.com |
| Fax: (954) 573-2798 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |